**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
7001 Blvd 26, Ste 150
North Richland Hills, TX  76180

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 17-40649-RFN |
| **WILLIAM NEELEY SEARCY JR** <br> **NANCY KATHERINE SEARCY** | **CHAPTER 13** |
| DEBTOR(S), | JUDGE RUSSELL F NELMS |

## NOTICE OF WITHDRAWAL OF TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

**NOTICE IS HEREBY GIVEN** that Pam Bassel, Trustee hereby **WITHDRAWS** the "TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO CLAIM", Docket Entry No. 41 filed on or about January 17, 2018.

Dated: January 19, 2018

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors; Debtors' attorney; the Office of the United States Trustee for the Northern District of Texas and all parties who requested notice, on the date above.

Respectfully submitted,

By:  /s/ Pam Bassel

Pam Bassel
State Bar No. 01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX  76180