

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 22, 2018**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE § | |
| § | |
| WILLIAM NEELEY SEARCY, JR., AND § | |
| NANCY KATHERINE SEARCY § | CASE NO. 17-40649-RFN-13 |
| § | |
| DEBTORS § | |

**ORDER ON OBJECTION TO CLAIM
OF QUANTUM GROUP, LLC (CLAIM NO. 7)**

On this day came for consideration the Objection to Claim of QUANTUM GROUP, LLC (Claim Number 7) filed by the Debtors, WILLIAM NEELEY SEARCY, JR. AND NANCY KATHERINE SEARCY. It appearing that notice having been given and no timely response having been filed, the Court finds the Objection should be GRANTED.

IT IS THEREFORE ORDERED the claim of the QUANTUM GROUP, LLC appearing on the Claims Register as Claim Number 7 is hereby DISALLOWED in its ENTIRETY

# # # END OF ORDER # # #

United States Bankruptcy Court
Northern District of Texas

In re:
William Neeley Searcy, Jr.
Nancy Katherine Searcy
      Debtors

Case No. 17-40649-rfn
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-4　　　User: jkucera　　　Page 1 of 1　　　Date Rcvd: Mar 22, 2018
                      Form ID: pdf012　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr　　　　　E-mail/Text: bnc-quantum@quantum3group.com Mar 22 2018 22:25:03
       Quantum3 Group LLC as agent for,　 Wollemi Acquisitions LLC,　 PO Box 788,
       Kirkland, WA　 98083-0788
                                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
        Daniel S. Wright　　on behalf of Debtor William Neeley Searcy, Jr. dwright@tedmachi.com,
      kmachi@debtdrs.com;machibankpro@debtdrs.com;dfagan@tedmachi.com
        Daniel S. Wright　　on behalf of Joint Debtor Nancy Katherine Searcy dwright@tedmachi.com,
      kmachi@debtdrs.com;machibankpro@debtdrs.com;dfagan@tedmachi.com
        Eboney D. Cobb　　on behalf of Creditor　 Johnson County ecobb@pbfcm.com,
      ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com
        Pam Bassel　　fwch13cmecf@fwch13.com
        Pam Bassel　　on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com
        Patti H. Bass　　on behalf of Creditor　 Cavalry SPV I, LLC ecf@bass-associates.com
        Stephen Wilcox　　on behalf of Creditor　 Ford Motor Credit Company LLC kraudry@wilcoxlaw.net,
      swilcoxndtx@basselwilcox.com;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com
        United States Trustee　　ustpregion06.da.ecf@usdoj.gov
                                                                                                 TOTAL: 8